■ Shirley Semons, Appellant, v Steven L. Semons, Respondent. [623 NYS2d 234] —Order, Supreme Court, New York County (Lewis Friedman, J.), entered on or about August 24, 1994, which referred plaintiff's motion for a money judgment against defendant for maintenance arrears to a Special Referee to hear and report with recommendations, unanimously affirmed, without costs.

Plaintiff's contention that her motion could not be referred to a Special Referee to hear and report without the parties' consent is incorrect, consent being required only where the reference is one to hear and determine *(compare,* CPLR 4212, *with* CPLR 4317). Nor do we perceive an abuse of discretion in the reference given that defendant's motion for a downward modification of his maintenance obligation was already pending before the same Referee. Concur—Rosenberger, J. P., Ellerin, Wallach and Tom, JJ.